

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2015

No. 04-14-00494-CV

**UNITED PARCEL SERVICE, INC.** and Roland Leal,
Appellants

v.

Robert Scott **RANKIN**, Individually, Rachelle Rankin, Individually and as Next Friend for
Avery Rankin, Kara Rankin, and Samuel Rankin, Minors,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-07922
Honorable Cathleen M. Stryker, Judge Presiding

## ORDER

The Cross-Appellee's Unopposed Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to January 30, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
W. Randall Bassett
King & Spalding, LLP

Peter Dermot Marketos
Reese Gordon Marketos LLP

Doug Perrin
The Perrin Law Firm

Ricardo R. Reyna
Brock Person Guerra Reyna, P.C.

Bradley Pratt
King & Spalding, LLP

H. Victor Thomas
King & Spalding LLP
1100 Louisiana Street, Suite 4000
Houston, TX 77002